AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| United States of America | ) |
|---|---|
| v. | ) |
| ANTHONY LAMAR BANKSTON, a/k/a "TONE" | ) Case No. 1:17-mj-214 |
| | ) |
| Defendant | ) |

*CERTIFIED COPY* — I hereby certify that this instrument is a true and correct copy of the electronically filed original. ATTEST: ROBERT ANSLEY, CLERK, United States District Court, District of North Dakota. By _____ Deputy Clerk

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   ANTHONY LAMAR BANKSTON, a/k/a "TONE",

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Possession with intent to distribute oxycodone, 21 USC 841(a)(1) & 841(b)(1)(C), and 18 USC 2

RECEIVED
UNITED STATES MARSHALS
JUL 25 2017
DISTRICT OF NORTH DAKOTA

Date:   7/25/2017

_____
Issuing officer's signature

City and state:   Bismarck, North Dakota

Charles S. Miller, Jr., U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 7/25/17, and the person was arrested on *(date)* 7/31/17
at *(city and state)* Stanley, ND.

Date: 8/1/17

_____
Arresting officer's signature
(Laura M Boll for Chad Coulter)

LAURA M BOLL, DUSM
*Printed name and title*